

LAW OFFICES W. SCOTT de BIE
W. SCOTT de BIE, Bar No. 88612
1107 SECOND STREET, SUITE 320
SACRAMENTO, CALIFORNIA 95814
(916) 442-4545

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

In the Matter of

AERY UPTON

Debtor

Case No. 07-20072-D-13L

Chapter 13

ORDER CONFIRMING PLAN

The Chapter 13 Plan of the above-named Debtor, filed on April 19, 2007 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The Debtor shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney fees for the Debtor attorney in the full amount of $2,500.00 are approved, $250.00 of which was paid prior to the filing of the petition. The balance of $2,250.00, provided that the attorney and Debtor has executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their

1

RECEIVED
August 22, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000871293

Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 cases.

DATED: AUG 23 2007

BY THE COURT

*Robert Bardwil*

The Honorable Robert S. Bardwil
United States Bankruptcy Judge

Approved by the Chapter 13
Trustee as to form.