FILED
November 27, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000983683

Alan S. Wolf, Bar No. 94665
THE WOLF FIRM, A Law Corporation
38 Corporate Park
Irvine, CA 92606
(949) 720-9200 Phone
(949) 608-0128 Fax

Attorneys for Movant
SELECT PORTFOLIO SERVICING, INC.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>AERY J. UPTON<br><br>      Debtor.<br><br>_____ | CASE: 07-20072-D-13<br><br>CHAPTER 13<br><br>REF.: ASW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF DORY GOEBEL IN SUPPORT THEREON<br><br>DATE: 01/03/08<br>TIME: 1:00pm<br>CTRM: 34<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA 95814 |

    The Motion of SELECT PORTFOLIO SERVICING, INC. respectfully shows as follows:

    1.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

    2.  This Motion is brought pursuant to Local Rule 9014-1(f)(1)(ii) written opposition, if any, to the granting of the Motion shall be in writing and shall be served on the moving party and filed with the Clerk by the responding party at least fourteen (14) days preceding the noticed date

Matter I.D. 6401-4464

of the hearing.  Unless written opposition and supporting evidence are timely filed with the Court, without good cause, no party will be heard in opposition to the Motion at oral argument. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

　　　Opposition to the Motion shall be served on counsel for Movant as follows:

THE WOLF FIRM, A Law Corporation
38 Corporate Park
Irvine, CA  92606

　　　3.  On January 4, 2007, the Debtor filed a Chapter 7 petition and the Debtor claims an interest in the property which is security for the debt owed to Movant.  The case was converted to Chapter 13 on or about April 10, 2007.

　　　4.  The Plan was confirmed on August 23, 2007.

　　　5.  LAWRENCE J. LOHEIT Trustee is the Chapter 13 Trustee for this case.

　　　6.  Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

　　　7.   Movant holds a Promissory Note secured by a Deed of Trust in the principal sum of $342,000, with the Note all due and payable on August 1, 2035.  The Note and Deed encumber real property commonly known as:

　　　1414 Rice Street, Vallejo, CA 94590 ("Property")
and legally described as set forth in the Deed of Trust, which is  attached to the Declaration of DORY GOEBEL.

Matter I.D. 6401-4464

8.   The beneficial interest under the Note and Deed of Trust is currently held by Movant.  <u>See</u> Declaration of DORY GOEBEL.

9.   There was a default under the terms of the Note and Deed of Trust, however, Movant has been unable to record its Notice of Default and Election to Sell.

10.  The Property is not Debtor's principal residence.

11.  At the time of the filing of this case, the pre-petition arrearages under the Note and Deed of Trust were approximately $8,377.95.

12.  Since the time of the filing of the instant case, and as of November 20, 2007, the Debtor has failed to tender 3 of the post-petition payments which have fallen due.  In fact, under the terms of the Chapter 13 Plan the Debtor has failed to tender the September 1, 2007 through November 1, 2007 post-petition payments.  Further monthly payments in the amount of $2537.37 and late charges in the amount of $104.73 will continue to accrue.

13.  Pursuant to Local Rule 4001-1(d)(ii), on November 20, 2007, The Wolf Firm notified W. Scott de Bie, attorney for Debtor, of the post-petition delinquency incurred by the Debtor. True and correct copies of the facsimile transmission and the confirmation sheet are attached hereto as <u>Exhibit "1"</u> and incorporated herein by reference.

14.  The total amount due under Movant's Note and Deed of Trust as of November 20, 2007, exclusive of post-petition attorneys fees and costs, was approximately $349,511.90.

Matter I.D. 6401-4464

15. The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages, total approximately $363,885.42.

16. The fair market value of the Property is approximately $377,664.00.

17. The Debtor has no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

18. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

19. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtor's failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2)   For reasonable attorneys' fees as a secured claim
under 11 U.S.C. Section 506(b);

         (3)   For the waiver of the 10 day stay pursuant to
Bankruptcy Rule 4001(a)(3).

         (4)   0For such other and further relief as the Court
deems just and proper.

Dated:   November 27, 2007

                              /s/ Alan Steven Wolf
                              ALAN STEVEN WOLF
                              Attorneys for Movant
                              SELECT PORTFOLIO SERVICING, INC.

Matter I.D. 6401-4464

# EXHIBIT 1



**The Wolf Firm**
A LAW CORPORATION

38 CORPORATE PARK
IRVINE, CALIFORNIA 92606
PHONE (949) 720-9200  FAX (949) 608-0128
WEB: http://www.wolffirm.com

E-Mail:     jeany.lee@wolffirm.com
Extension:  x122
Direct Fax: (949) 608-0128



| | | | |
|---|---|---|---|
| **Date:** | November 20, 2007 | **Pages with Cover Sheet:** | 1 |
| **To:** | W. Scott de Bie | **Company:** | |
| **Fax No.:** | (916) 442-3126 | **Phone No.:** | (916) 442-4545 |
| **Case No.:** | 07-20072 | **E-Mail:** | |
| **Re:** | Upton, Aery J. | **CC:** | |
| | 1414 Rice Street, Vallejo, CA 94590. Solano County. | | |
| **From:** | Jeany Lee | **File No.: :** | 6401-4464 |

If there are any problems in this transmission, please contact: Jeany Lee at (949) 720-9200 x122

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

This office represents SELECT PORTFOLIO SERVICING, INC. in the above referenced matter.

SELECT PORTFOLIO SERVICING, INC. has advised us that the Debtors are post-petition delinquent in the amount of $6,381.30. If this amount is not immediately tendered, we will proceed with the filing of a Motion for Relief from Stay. Thank you.

**IMPORTANT -- PRIVATE COMMUNICATION TO DESIGNATED RECIPIENT ONLY:**
This message is intended only for the use of the individual to whom it is addressed, and contains information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. THE WOLF FIRM will reimburse you for all reasonable expenses incurred; including postage, to return said documents.

11/20/2007 07:05 FAX 9496080128 001

```
              *********************
              ***   TX REPORT    ***
              *********************

      TRANSMISSION OK

      TX/RX NO            0332
      RECIPIENT ADDRESS   19164423126
      DESTINATION ID
      ST. TIME            11/20 07:04
      TIME USE            01'12
      PAGES SENT          1
      RESULT              OK
```



# The Wolf Firm
A LAW CORPORATION

38 CORPORATE PARK
IRVINE, CALIFORNIA 92606
PHONE (949) 720-9200  FAX (949) 608-0128
WEB: http://www.wolffirm.com

E-Mail:     jeany.lee@wolffirm.com
Extension:  x122
Direct Fax: (949) 608-0128



| | | | |
|---|---|---|---|
| **Date:** | November 20, 2007 | **Pages with Cover Sheet:** | 1 |
| **To:** | **W. Scott de Bie** | **Company:** | |
| **Fax No.:** | **(916) 442-3126** | **Phone No.:** | (916) 442-4545 |
| **Case No.:** | 07-20072 | **E-Mail:** | |
| **Re:** | Upton, Aery J.<br><br>1414 Rice Street, Vallejo, CA 94590. Solano County. | **CC:** | |
| **From:** | Jeany Lee | **File No.: :** | 6401-4464 |

If there are any problems in this transmission, please contact: Jeany Lee at (949) 720-9200 x122

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:**

This office represents SELECT PORTFOLIO SERVICING, INC. in the above referenced matter.