

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

**FILED JAN - 7 2008**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Debtor : AERY UPTON
SELECT PORTFOLIO
SERVICING, INC., VS.

Case No: 07-20072-D-13L
Adv No :
DC No : ASW #1
Date : 1/03/08
Time : 1:00 P.M.

Matter : HEARING - MOTION FOR
RELIEF FROM AUTOMATIC STAY
11-27-07 [67]

Judge: Robert S. Bardwil
Courtroom Deputy: Sheryl Arnold
Reporter: Jill McLeod
Department: D

APPEARANCES for:
  Moving Party
  None

  Respondent
  None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied as unnecessary. Resolved without oral argument.

Dated: JAN - 7 2008

_____
UNITED STATES BANKRUPTCY JUDGE

2007-20072
72

This document <u>does not</u> constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached order or judgment.

| | | |
|---|---|---|
| Alan Wolf<br>38 Corporate Park<br>Irvine, CA 92606 | W. de Bie<br>1107 2nd St #320<br>Sacramento, CA 95814 | Aery Upton<br>165 Copper Way<br>Vallejo, CA 94589 |
| Lawrence Loheit<br>PO Box 1858<br>Sacramento, CA 95812-1858 | | |