FILED
August 04, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001342332

1  WILLIAM G. MALCOLM, #129271
2  KEVIN HAHN, #231579
   MALCOLM ♦ CISNEROS, A Law Corporation
3  2112 Business Center Drive, Second Floor
   Irvine, California 92612
4  (949) 252-9400 (TELEPHONE)
5  (949) 252-1032 (FACSIMILE)

6  Attorneys for CARRINGTON MORTGAGE SERVICES

7

8              UNITED STATES BANKRUPTCY COURT

9         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 In re                          ) Bankruptcy Case No. 07-20072
12 AERY J. UPTON,                 )
                                  ) Docket Control No. WGM-1
13          Debtor.               )
                                  )
14 ─────────────────────────────── ) Chapter 13
   CARRINGTON MORTGAGE            )
15 SERVICES as successor-in-interest to )
   New Century Mortgage Corporation, )
16 and its successors and/or assignees, )
17                                 )
           Movant,                 )
18                                 )
   vs.                             )
19                                 )
   AERY J. UPTON, Debtor, and      )
20 LAWRENCE J. LOHEIT, Trustee,    )
                                   )
21         Respondents.            )
22                                 )
23                                 )
24 ─────────────────────────────── )

25     **STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**

26         This stipulation, by and between, CARRINGTON MORTGAGE SERVICES and AERY

27 J. UPTON ("DEBTOR"), by and through their attorneys, is made with reference to the following facts:

28         **WHEREAS,**

A. CARRINGTON MORTGAGE SERVICES holds a valid Promissory Note secured by a first Deed of Trust on real property owned by the Debtor and located at 165 Copper Way, Vallejo, CA 94589 (the "Property") and further described as follows:

**SEE EXHIBIT "1" ATTACHED HERETO;**

B. The Debtor is in default under the terms of the Note and Deed of Trust referenced above as of the commencement of this bankruptcy filing, and remains in default.

C. On or about January 4, 2007, AERY J. UPTON filed the instant Chapter 13 Petition as Case No. 07-20072.

D. The Debtor would like to work out a potential loan modification with Carrington Mortgage Services.

**NOW, THEREFORE**, in consideration of the foregoing recitals, the parties agree as follows:

**IT IS HEREBY STIPULATED** that in regard to the real property located at 165 Copper Way, Vallejo, CA 94589 immediate relief from the automatic stay is granted to permit negotiation of a loan modification. Any loan modification must be approved by the Chapter 13 Trustee.

| | |
|---|---|
| DATED: July 31, 2008<br><br>By: /s/ Kevin Hahn<br>    KEVIN HAHN<br>    Attorneys for Movant | DATED: July 3, 2008<br><br>By: /s/ W. Scott De Bie<br>    W. SCOTT DE BIE<br>    Debtor's Attorney |
| DATED: July 30, 2008<br><br>By: /s/ Lawrence J. Loheit<br>    LAWRENCE J. LOHEIT<br>    Chapter 13 Trustee | |