2007-20072
FILED
October 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002155164

LAW OFFICES OF de BIE and CROZIER, LLP.
W. Scott de Bie, State Bar No. 88612
Lorraine W. Crozier, State Bar No. 114218
1107 Second Street, Suite 220
Sacramento, California 95814
(916) 442-4545

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

In re:                                  ) Case No. 07-20072-D-13L
                                        ) DC No. SdB-2
AERY UPTON                              )
                                        ) ORDER MODIFYING CHAPTER
                                        ) 13 PLAN AFTER CONFIRMATION
                                        )
                                        ) Date: October 6, 2009
            Debtor                      ) Time: 1:00 p.m.
                                        ) Courtroom 34

The Debtor, Aery Upton, herein having moved the Court for an Order Modifying Chapter 13 Plan After Confirmation and the same having come on to be heard before me on October 6, 2009 at 1:00 p.m. no opposition nor other appearance having been made; and good cause appearing therefore, IT IS

ORDERED, ADJUDGED AND DECREED that

The confirmed Chapter 13 plan is hereby modified by acknowledging Debtor have paid a total of $12,691.00 into the plan through September, 2009 and to allow Debtor to make payments of $500.00 per month beginning October, 2009 and continue such for the remaining 31 months of the 60 month plan and thus permitting the modification to cure all delinquencies under the original plan. This will result in the

2

RECEIVED
October 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002155164

payment of no less than 85% to the claims filed as approved and allowed for unsecured creditors.

IT IS FURTHER ORDERED that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

_____
Approved by the Chapter 13 Trustee as to form
Dated: _____

Dated: October 15, 2009

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

3