FILED

January 13, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002344761

WILLIAM G. MALCOLM, #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032

Attorneys for Movant

NHAS

FILED

JAN 1 4 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case No. 07-20072 |
| AERY UPTON, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) **ORDER APPROVING STIPULATION TO** |
| | ) **MODIFY AUTOMATIC STAY TO ALLOW** |
| | ) **CARRINGTON MORTGAGE SERVICES TO** |
| | ) **NEGOTIATE A POTENTIAL LOAN** |
| | ) **MODIFICATION** |
| | ) |
| | ) |

## ORDER ON STIPULATION TO MODIFY THE AUTOMATIC STAY

The Court having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to modify the automatic stay based on the stipulation of the Parties, hereby makes its Order as follows:

**IT IS HEREBY ORDERED** that in regard to the real property located at 165 Copper Way, Vallejo, CA 94589 the automatic stay is modified to permit CARRINGTON MORTGAGE SERVICES to negotiate a potential loan modification.

///
///
///
///
///

1    DATED:    JAN 1 3 2010

2                          _Robert Bardwil_
3                          THE HONORABLE ROBERT S. BARDWIL
                           United States Bankruptcy Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**

WILLIAM G. MALCOLM, #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case No. 07-20072 |
| AERY UPTON, | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| | ) **PROOF OF SERVICE** |
| | ) |

## PROOF OF SERVICE

I, Claudia Alvarez Perez, declare:

1.    I am employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2.    On January 13, 2010, I served the following document described as:

1    **-  ORDER TO MODIFY AUTOMATIC STAY TO ALLOW**
2    **CARRINGOTN MORTGAGE TO NEGOTIATE A POTENTIAL**
3    **LOAN MODIFICIATION**

4    on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope
5    with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as
6    follows:

7    **SEE ATTACHED SERVICE LIST**

8    I declare under penalty of perjury that the foregoing is true and correct. Executed on
9    January 13, 2010, at Irvine, California.

10

11    */s/* Claudia Alvarez Perez
12    CLAUDIA ALVAREZ PEREZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**AERY J. UPTON**
**CASE NO. 07-20072**

**DEBTOR:**
AERY J. UPTON
165 Copper Way
Vallejo, CA 94589

**DEBTORS' ATTORNEY:**
W. Scott De Bie
1107 2nd Street, #220
Sacramento, CA 95814

**CHAPTER 13 TRUSTEE:**
Lawrence J. Loheit
P.O. Box 1858
Sacramento, CA 95812-1858

**OFFICE OF THE U.S. TRUSTEE:**
Office of the U.S. Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721

1

2

3 **DEBTOR:**
AERY J. UPTON

4 165 Copper Way
Vallejo, CA 94589

5

**DEBTORS' ATTORNEY:**

6 W. Scott De Bie
1107 2nd Street, #220

7 Sacramento, CA 95814

8 **CHAPTER 13 TRUSTEE:**
Lawrence J. Loheit

9 P.O. Box 1858
Sacramento, CA 95812-1858

10
**OFFICE OF THE U.S. TRUSTEE:**

11 Office of the U.S. Trustee
2500 Tulare Street, Suite 1401

12 Fresno, CA 93721

13
**ATTORNEY FOR MOVANT:**

14 MALCOLM ♦ CISNEROS
A Law Corporation

15 2112 Business Center Drive
Second Floor

16 Irvine, CA 92612

17

18

19

20

21

22

23

24

25

26

27

28