FILED
May 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002653615

LAW OFFICES OF de BIE and CROZIER, LLP
W. Scott de Bie, State Bar No. 88612
1107 Second Street, Suite 220
Sacramento, California 95814
(916) 442-4545

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

In the Matter of

AERY J. UPTON

Debtor.

Case No. 07-20072-E-13L
DC No. SdB-3

**EXPARTE MOTION FOR ORDER ALLOWING DEBTOR TO BORROW MONEY**

Date: None Required
Time: None Required

1. The Debtor hereby moves the Court for an order authorizing Debtor to enter into a loan agreement.

2. The loan is to pay unanticipated post-petition tax liabilities that arose through an audit and are based upon a clerical error and the reporting of income by Debtor's former attorney which Debtor disputes.

3. The terms of the loan are: $5,000.00; $164.00 for the monthly payments on this contract and 9.900% for the annual percentage rate of interest.

4. The Debtor certifies that:

a. all payments required by the plan are current;

b. the plan is not in default;

c. Schedules I and J filed within 30 days of the motion reflect that Debtor

1

1 has the ability to pay all future plan payments and projected living and business
2 expenses, as well as repay the new debt;
3   d.  The new debt is a single loan incurred to pay income taxes that arose
4 through no fault or error by the Debtor, the payment of which is necessary for the
5 continuation of Debtor's plan and an effective reorganization.
6
7   e.  The only security for the new debt will be Debtor's 2002 Cadillac
8 Escalade;
9   f.  The new debt does not exceed $5,000.00.
10 I certify that the above information is true, under penalty of perjury.
11                                         Respectfully submitted:
12
13 Dated: 5/20/10
14                                         _____
                                           W. Scott de Bie, Attorney for Debtor
15
16 Dated: 5-21-10
17                                         _____
                                           Neil Enmark, Attorney for Trustee

original

2