2007-20072
FILED
June 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002653614

LAW OFFICES OF de BIE and CROZIER, LLP
W. Scott de Bie, State Bar No. 88612
1107 Second Street, Suite 220
Sacramento, California 95814
(916) 442-4545

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

In the Matter of ) Case No. 07-20072-E-13L
) DC No. SdB-3
)
AERY J. UPTON ) ORDER GRANTING DEBTOR'S
) EXPARTE MOTION FOR
) ORDER AUTHORIZING DEBTOR TO
Debtor ) BORROW MONEY

The Debtor herein having requested by exparte motion an order authorizing Debtor to borrow money and the same having been reviewed and approved by the Chapter 13 Trustee as complying with the requirements of General Order No. 05-03, §10(a).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to borrow money for the purpose of paying a tax liabilities, in an amount not to exceed $5,000.00;

IT IS FURTHER ORDERED that the only security for such new debt may be the Debtor's 2002 Cadillac Escalade and the monthly payment may not exceed $164.00.

Dated: June 01, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

RECEIVED
May 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002653614